IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-03064-MSK-MEH

PHILLIP RANDOLPH DILLARD,

    Plaintiff,

v.

RICHARD SMELSER C.C.C.F. Executive Director,

    Defendant.

## FINAL JUDGMENT

In accordance with Fed. R. Civ. P 58(a), all orders filed during the pendency of this case, and pursuant to the Order filed on April 19, 2013 (**Doc. #26**) dismissing plaintiff's claims, the following Final Judgment is hereby entered. Accordingly, it is

ORDERED that the plaintiff's remaining claims are dismissed pursuant to Rule 4(m), and the case is closed. It is further

ORDERED that the defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated this 22nd day April, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk